IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERTO MANUEL CHAVEZ YANEZ, INDIVIDUALLY, ON BEHALF OF THEMSELVES AND ROBERTO CHAVEZ CELIS, DECEASED; LETICIA CELIS ORTEGA, INDIVIDUALLY, ON BEHALF OF THEMSELVES AND ROBERTO CHAVEZ CELIS, DECEASED; SUSANA CHAVEZ CELIS, INDIVIDUALLY, ON BEHALF OF THEMSELVES AND ROBERTO CHAVEZ CELIS, DECEASED; CESAR CHAVEZ CELIS, INDIVIDUALLY, ON BEHALF OF THEMSELVES AND ROBERTO CHAVEZ CELIS, DECEASED; AND MIGUEL CHAVEZ CELIS, INDIVIDUALLY, ON BEHALF OF THEMSELVES AND ROBERTO CHAVEZ CELIS, DECEASED; <br><br>*Plaintiffs,* <br><br>vs. <br><br>WWGAF, INC., UME, INC, <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § | SA-19-CV-01065-DAE |

## **ORDER**

Before the Court in the above-styled cause of action are Defendants WWGAF, Inc. d/b/a Rockin R River Rides and UME, Inc. d/b/a Camp Huaco Springs' Joint Motion to Suspend or Abate Deadlines in the Scheduling Order [#71] and Plaintiffs' Motion to Compel Depositions [#72].

By Defendants' motion, they ask the Court to abate various deadlines in the scheduling order pending a ruling on their motion for summary judgment. On this day, the undersigned issued a report and recommendation, recommending that Defendants' motion for summary judgment be denied. The Court will therefore deny the motion to suspend or abate and instead

1

issue an amended scheduling order by separate order extending all remaining deadlines by 90 days.

Plaintiffs' motion to compel depositions is imbedded in their response to Defendants' motion to suspend deadlines and asks the Court to compel certain depositions to which Defendants object while their summary judgment motion is pending.  In light of the undersigned's recommendation that the District Court deny Defendants' motion, the Court will lift its previous limitation on discovery and the parties should proceed with all discovery. Accordingly, the motion will be dismissed as moot.

**IT IS THEREFORE ORDERED** that Defendants WWGAF, Inc. d/b/a Rockin R River Rides and UME, Inc. d/b/a Camp Huaco Springs' Joint Motion to Suspend or Abate Deadlines in the Scheduling Order [#71] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court's previous limitation on discovery is **LIFTED** and the parties may now proceed with all discovery.

**IT IS FINALLY ORDERED** that Plaintiffs' Motion to Compel Depositions [#72] is **DISMISSED AS MOOT**.

SIGNED this 18th day of May, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE